**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01370-CV

**VIEWPOINT BANK, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03472-2012**

## ORDER

We **GRANT** appellee's June 27, 2013 unopposed motion to file an amended brief. We

**ORDER** the amended brief tendered to this Court by appellee on June 27, 2013 filed as of the

date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE